## AFFIDAVIT OF SERVICE

| Case:<br>1:24-cv-01276-DLF | Court: | County: | Job:<br>11075784 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Michael Henry | | **Defendant / Respondent:**<br>John Roberts Chief Judge the United States Supreme Court in his administrative Position as head of The Rules Committee in Charge of Writing the Federal Rules of Civil Procedure Et Al | |
| **Received by:**<br>Kurt Sederman | | **For:**<br>Michael Henry | |
| **To be served upon:**<br>Mary Jane Theis Chief Judge Illinois Supreme Court | | | |

Kurt Sederman, being first duly sworn on oath, deposes and states the following: I am over the age of 18 and not a party to this action. I am licensed under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

**Recipient Name / Address:** Adrienne Redwell, 222 N La Salle St, Chicago, IL 60601

**Manner of Service:** Authorized, May 23, 2024, 1:00 pm CDT

**Documents:** Summons in a Civil Action; Civil Action No Jury Trial Demand; Exhibits 1-5, 1-1.pdf, 1-2.pdf, 1-3.pdf, 1-4.pdf, 1-5.pdf, theis.pdf

**Additional Comments:**
) Successful Attempt: May 23, 2024, 1:00 pm CDT at 222 N La Salle St, Chicago, IL 60601 received by Adrienne Redwell. Age: 60; Ethnicity: African American; Gender: Female; Weight: 180; Height: 5'7"; Hair: Black; Eyes: Brown; Relationship: Assistant to the director ;

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief as to such matters the undersigned certifies as aforesaid that he/she verily beleives the same to be true.

_____        05/24/2024
Kurt Sederman                               Date

Chicagoland Process Services
10359 S. Pulaski
Chicago, Il 60655



**RECEIVED**
MAY 28 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia