AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Michael Henry | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:24-cv-01276-DLF |
| John G. Roberts, Jr., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Kwame Raoul, Mary Jane Theis, David Tichy, and Frank Bieszczat                              .

Date:   07/02/2024

/s/ Alex Hemmer
*Attorney's signature*

Alex Hemmer (No. 198279)
*Printed name and bar number*

115 S. LaSalle Street
Chicago, IL 60603

*Address*

alex.hemmer@ilag.gov
*E-mail address*

(312) 814-5526
*Telephone number*

*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2024, I caused this notice of appearance to be served on plaintiff Michael Henry by sending copies via U.S. mail and email to:

MICHAEL F. HENRY
13233 Bundoran Court
Orland Park, IL 60462
michaelfhenry@live.com

/s/ Alex Hemmer
ALEX HEMMER