IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL HENRY,<br><br>             Plaintiff,<br><br>        v.<br><br>JOHN G. ROBERTS, JR., in his official capacity as Chief Justice of the United States, et al.,<br><br>             Defendants. | No. 1:24-cv-01276-DLF<br><br>Judge Dabney L. Friedrich |

## STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Kwame Raoul, in his official capacity as Attorney General of Illinois; Mary Jane Theis, in her official capacity as Chief Justice of the Illinois Supreme Court; David Tichy; and Frank Bieszczat (collectively, the "State Defendants") hereby respectfully move for a 30-day extension of time, from this date to and including August 1, 2024, in which to answer or otherwise respond to the complaint.

Plaintiff filed this action *pro se* on April 30, 2024, alleging various federal- and state-law claims against defendants ranging from Chief Justice Roberts to the attorneys who are handling a separate state-court case he is litigating in Illinois. Doc. 1. The Court's electronic docket reflects that the State Defendants were served on various dates between May 8, 2024, and May 23, 2024, making their answers due under Rule 12 between May 29, 2024, and June 13, 2024. (Other named defendants employed by the State of Illinois do not yet appear to have been served.)

State Defendants respectfully request a 30-day extension from this date (to and including August 1, 2024) in which to answer or otherwise respond to the complaint. Counsel was assigned

to represent State Defendants in this case only yesterday, and the complaint's allegations will take additional time to analyze and address.

    Plaintiff consents to the requested extension.

Dated: July 2, 2024                                      Respectfully submitted,

                                                                               KWAME RAOUL
Illinois Attorney General

By:  /s/ Alex Hemmer
Alex Hemmer
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-5526
alex.hemmer@ilag.gov

*Counsel for Defendants Raoul, Theis, Tichy, and Bieszczat*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2024, I caused this motion to be served on plaintiff Michael Henry by sending copies via U.S. mail and email to:

MICHAEL F. HENRY
13233 Bundoran Court
Orland Park, IL 60462
michaelfhenry@live.com

                                                /s/ Alex Hemmer
                                                ALEX HEMMER