Default - Rule 55A (CO 40 Revised-6/2019)

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

MICHAEL F. HENRY

        Plaintiff(s)

v.

Civil Action: 1:24-cv-01276-DLF

JOHN ROBERTS et al

        Defendant(s)

**RE:** THOMAS W. MURPHY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 5/23/2024, and an affidavit on behalf of the plaintiff having been filed, it is this 9th day of July, 2024 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Michele M. Grady
Deputy Clerk