IN THE UNITED STATES DISTRICT COURT
United States District Court for the District of Columbia

MICHAEL HENRY,          )
)
        Plaintiff,      )
)
)
  vs.                       )Civil Action No 24-cv-01276-DLF
)
John Roberts Chief Judge  ET al   )

        Defendants.   )

**Plaintiffs Motion for Default Judgement against, Howard Jablecki, Klein, Thorpe and Jenkins  and Thomas Murphy.**

**Pursuit to Rule 55 the following defendants have been served and failed to respond**

Date of Service and Response due Date

HOWARD JABLECKI served on 5/13/2024 Response Due  June 4,2024

 KLEIN THORPE AND JENKINS on 5/13/2024 Response Due  June 4,2024

THOMAS  MURPHY on 5/24/2024 Response Due  June 14,2024

 Rule 55. Default; Default Judgment or Order

(a) ENTERING A DEFAULT.

  (1) In General. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, the clerk or court must enter the party's default.

   (2) Effective Date of Default; Motion by Defendant. Any default entered on the court's or the clerk's own initiative, including a default for failure to respond to the complaint or petition within the time prescribed in Rule 12(a), will not take effect until 14 days after



RECEIVED
JUL 8 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

the date on which it is docketed and must be vacated if the court grants a motion filed by the defendant or respondent within the 14-day period showing good cause why the default should not be entered.

In accordance with the Law Plaintiff is entitled to a Default Judgement for the list Parties Failure to file and answer to the filed and served Lawsuit

The Plaintiff provided a copy of the Statement of Material Facts pertinent to this case.

Attached as Exhibit 1  - Is the Village of Orland Park saying it Never Hired Klein, Thorpe and Jenkins or Howard Jablecki.

Attached as Exhibit II  - is a Court Ruling where Klein Thorpe and Jenkins Motions for Summary Judgement Based on The Village Manager Not having properly hired Jones Day Lawfirm and Supports that all Times the Firm of Klein Thorez and Jenkins itself had Not Been properly Hired.

Attached as Exhibit III  -  is the Illinois Bar Complaint detailing that Klein Thorpe and Jenkins was not hired and the Illinois Bar instructing Plaintiff that a Court must Make this ruluing

Attached as Exhibit II is

1. Plaintiff prays That this Court Enters a default Judgement based on the Failure of the parties to respond a lawsuit and in addition Enter and Order for Klein Thorpe and Jenkins to stop representing any Illinois Municipalities in a State or Local Court cases until it can prove it has lawful authority to represent these parties in Compliance with State and Federal Law.

## Relief Requested

Plaintiff Prays that this Court enters a Default Judgement in the Amount of Three Hundred Thousand Dollars Against Defendant Thomas Murphy.

Plaintiff Prays that this Court enters a Default Judgement in the Amount of Three Hundred Thousand Dollars Against Defendant Howard Jablecki

Plaintiff Prays that this Court enters a Default Judgement in the Amount of One Million Dolars against Defendant Klein, Thorpe and Jenkins.

Respectfully Submitted

/Michael F. Henry/


Michael F. Henry    July 8, 2024